BEFORE THE SECOND DIVISION, OCTOBER 23, 1959

No. 63456.—Dynamo Tulle Imp. Co., Inc. v. United States, protests 58/11209 and 58/19348 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk malines similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C.D. 1837), the claim of the plaintiff was sustained.